# EXHIBIT 1



**LexisNexis, a division of RELX**

Kathryn Uy
Chugh LLP
15925 CARMENITA RD
CERRITOS CA 90703-2206

**Statement Date**      JANUARY   15, 2021

**ACCOUNT #**      4252SK85B

## STATEMENT OF ACCOUNT AS OF 01/15/2021

| ITEM DATE | ITEM NUMBER | ITEM ACTIVITY | DUE DATE | PO REFERENCE |
|---|---|---|---|---|
| 09/30/2020 | 3092882113 | 6,136.00 USD | 11/01/2020 | |
| 10/31/2020 | 3092922669 | 6,136.00 USD | 12/01/2020 | |
| 11/30/2020 | 3092956712 | 6,136.00 USD | 01/01/2021 | |
| 12/31/2020 | 3093011115 | 6,136.00 USD | 02/01/2021 | |
| 11/27/2020 | OC-720671 | 143.82 USD | 11/27/2020 | |

| TOTAL AMOUNT DUE |
|---|
| **24,687.82 USD** |

The Statement prepared by :

LexisNexis
Customer Accounting
Leo Pengilly

LexisNexis
A Member of the LexisNexis Group
9393 Springboro Pike
Miamisburg, OH 45342