# EXHIBIT 2



December 2, 2020

Richard F. Shearer

2555 Grand Blvd.
Kansas City, Missouri 64108
**t** 816.474.6550
**d** 816.559.4068
**f** 816.421.5547
rshearer@shb.com

**VIA EMAIL & U.S. MAIL**

Vikram Subramanian
Chugh, LLP
1600 Duane Avenue
Santa Clara, CA 95054
Vikram.Subramanian@chugh.com

**Re:   LexisNexis Agreement for Lexis Advance®**

Mr. Subramanian:

This firm is legal counsel for LexisNexis. Please direct all further correspondence to my attention.

This correspondence concerns Chugh, LLP's ("Chugh") request to cancel its Agreement with LexisNexis for Lexis Advance® ("the Agreement"), and Chugh's recent default on its contractual obligations. The Agreement's term commenced on June 1, 2019, and is to continue for a non-cancelable period until August 31, 2023.

LexisNexis's records indicate that Chugh executed a Transition Bridge Addendum, as entered into by attorney Sherwood Tung on December 31, 2018, which allowed Chugh access to Lexis Advance content and features as contractually agreed to at a significant discount from the Agreement's inception through September 2020. Only after the expiration of the promotional bridge (and considerable usage) did Chugh express any criticism in regard to the subscription services provided pursuant to the Agreement. Chugh has subsequently defaulted on its contractual obligations, refusing to pay the last two invoices submitted, each in the agreed amount of $6,136.00.

Review of your prior email communications delivered to LexisNexis indicates Chugh has failed to articulate a breach of the parties' Agreement, much less any viable justification for termination. Prior to proceeding in this manner, Chugh should be aware of Section 2(c) of the Transition Bridge Addendum, which specifically provides that if [Chugh] "materially breaches the Agreement or Addendum during the Addendum period and does not cure the breach as required by the Agreement, [Chugh] agrees to pay [LexisNexis], in addition to the damages stated in the Agreement, an amount equal to the difference between the aggregate amount of the charges applicable to [Chugh's] use of the Online Services (as well as any additional services provided, if applicable) during the Addendum period at its standard,



December 2, 2020
Page 2

undiscounted rates, and the aggregate amount of that [Chugh] paid to [LexisNexis] under the Agreement during the Addendum period."

Additionally, Chugh consented to jurisdiction in the state and federal courts of Montgomery County, Ohio. *See* Agreement, Sect. 6.4.

In the event you would like to discuss these issues in further detail before LexisNexis considers proceeding we would welcome such an opportunity.

Nothing in this letter is a waiver or limitation of LexisNexis's arguments with respect to any and all claims that may be asserted by LexisNexis against Chugh, LLP. LexisNexis reserves all such rights, claims, and remedies.

Sincerely,

Rick Shearer
RFS:tim

cc: LexisNexis, Inc.
    Annie Y.S. Chuang, Esq.
    Michael A. Zito, Esq.

4827-4693-7811 v1